**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

**M. Therese Bollerup**
**Chief Deputy Clerk**

March 11, 2015

# N O T I C E

**Case Number:** 8:15cv88
**Case Caption:** Hasenbank v. State of Nebrask
**Judge:** John M. Gerrard

     The Clerk of Court acknowledges receipt of a Complaint or Petition initiating a civil action by a person who is proceeding pro se, that is, without an attorney. The case shall be placed on the Omaha docket. The assigned Case Number is: **8:15cv88**. All future communications of any kind with the Court about this case **must** include the above Case Number.

    ___ The filing fee has been paid in this case.

     X  A Motion for Leave to Proceed In Forma Pauperis **has** been filed in this case.

    ___ A Motion for Leave to Proceed In Forma Pauperis **has not** been filed in this case.

    ___ Blank summons form(s) given to plaintiff.

    If you are not a prisoner and you would like to take advantage of the Court's Case Management Electronic Case Files System (CM/ECF), please see the attached instructions.

111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322
(402) 661-7350
Fax: (402) 661-7387
Toll Free: (866) 220-4381

100 Centennial Mall North, Room 593
Lincoln, NE 68508-3803
(402) 437-1900
Fax: (402) 437-1911
Toll Free: (866) 220-4379

March 11, 2015
Page 2

Attachment

### Instructions

A person who has filed a lawsuit in the United State District Court without an attorney's help (that is, a "pro se party") may register to use the court's "Case Management/ Electronic Case Files" (CM/ECF) system. The system will allow the pro se party to file pleadings and documents in his or her case.

**Prisoners may not use the system.**

1. To register for the CM/ECF system, you will need to fill out a registration form. The registration form is on our Web site under Electronic Case Filing (CM/ECF)-> Registration Form.

2. You can also access the court's Local Rules on the court's Web site. The Nebraska General Rules explain the guidelines for using the CM/ECF system.

3. If you plan on registering to use CM/ECF, you should consider completing the training courses on the court's Web site. From the Web site click on Electronic Case Filing (CM/ECF), then click on Training Information and Written Procedures.

4. You should understand that there can be a cost to you for viewing documents filed on the CM/ECF system if you access the documents through PACER (Public Access to Court Electronic Records). To avoid being charged PACER fees, you would need to file a motion with the court asking for an exemption from PACER fees. The motion must explain how the exemption would 1) avoid an unreasonable burden on you, and 2) promote public access to the information. For more information about PACER and Pacer fees, go to http://pacer.psc.uscourts.gov/faq.html#GP18.

5. If you have any questions about the registration process, you may contact the Help Desk at 866-220-4381 (Omaha) or 866-220-4379 (Lincoln).