Hasenbank vs State of Nebraska

DISTRICT COURT
DISTRICT OF NEBRASKA
15 MAR 27 AM 9:38
OFFICE OF THE CLERK

8:15CV-00088

Children Removed or Seziur under the 4 Amendment is un constiuanal without a Court order or Etisen Ciram stances. Court order obig in base on Knowing False inforaiton violate Four Amendment.

The remave of A Childen From There home By Force espell in situ where The Childen Those wanted To Be removed is a clear violate of The coution Right

it also said The Sup Court ruled That it is unlawfuy for Cps. and A cop to removed your Childen well a Court order

Heather
Hasenbank

Another meth is That Cps can NOT conduct an investigation in my home ~~out~~ without my consent And speak To my child without my conesent.

It also said Cps can NOT come To your son school And Take his clothes off with out a parnt Be There

(credibl wrTness) To support a warrent Cps Any where in The united SAte @ an can NOT lawfully enter your home And speak with you or your children in fact it is illegal And I can sue Them And the cops Who assist Them

I have all the proff
Judge that the state
Violate are 1983-1985

I'd Like to Be Able to
have you hear me Please
I'm a Little slow so sorry
for the writeing

Heather
Hasenbank