8:15 cv-00088

Dear Judge

my name Heather I'm the mother of miley And Jordan monroe The State Allow cps To come un To Are home under distress They Allow her To Theathen us They come mach 9 2014 To Remaved Are Childen Because They Thought we where going To move There no Law saiding we can't They aso Allow Them without A Court order or a cop hold And Them Theath us if we didn't sue Them are kids we wouldn't See Them We did Nothing to are Childen For The State To Take Them I'm asking u To Look in to my case And help us Bring are Childen home

Sorry For my weiteing I'm disabled   Thank

Heather Hasenbank

14-964   402
4713490

They rip are Childen away From us For Nothing I'm ask you To Appave my Lawsuit ason The State of Neb.

also Judge is also said That The Sup Court ruled That it is unlawfully For CPS or a Cop To removed your Childen without A Court order Then was no reaso For Them To Take are Childen

I have Also Filed A Fedal Lawsuit again The State of Neb

Thank

Heather Crawford