FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
15 JUN -8 PM 3:12
OFFICE OF THE CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

# PRO SE CIVIL COMPLAINT

**Case No.** 815-CV 00088
(the court will assign a number)

**I. CASE CAPTION: Parties to this Civil Action:**

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption. The court will **not** consider a claim against any defendant who is not listed in the caption.

| A. Plaintiff(s) Name(s): | Address(es): | Telephone No. (only if **you are NOT** a prisoner) |
|---|---|---|
| Heather Hasenfank | 3224 N 40ST | |
| [crossed out] | omAhA Neb | |
| [crossed out] | 68111 | |

| B. Defendant(s) Name(s): | Address(es) If known: |
|---|---|
| STAte oF NebRaka, Cps | |
| RyAn martin | |
| DAlE Weis | |

(Attach extra sheets if necessary.)

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A. **When** did the events occur?

march 7 2014

B. **What** happened?

Cps wenT To my Son School And STrppied Seized my Son ClOThen without Tell me Then Come To my house when She Come She ask To See my daughter I Told Them The only way I'm Lee you in is underdress They push me out of The way Then on march 7 AT 5pm They come To my house Tell me They had A court order To removed my Children number I volitAle The Entry my hoome with out A warrant Number Tw They voltAe my due process

**II. STATEMENT OF CLAIM(S)** (continued)

They Then Theathen us To remove Are Childen Cps Took are Childen And ViolTion are 4, 14 Amendment Right iT Said OFFicial And indiv dual Capacity in orde To Succed in 1983 And 1985 Right Civic Lawsuit we where deny are 4, 6, And 14 Amendment Right Fabricate FAlse Charge what it done EmoTional Trauma They Also VoiTAte are due process unde The ConsTiTion of The unite STAte of Americ All American have The Right TO Free From Threat duress Coercian or inTimidaion in Thier deal with The STAte I have To Be PuT on med For my drepresson

## III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

______United States or a federal official or agency is a party

______Claim arises under the Constitution, laws or treaties of the United States

__✓__Violation of civil rights

______Employment discrimination

______Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

______Other basis for jurisdiction in federal court (explain below)

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

## IV. STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

yes I was TAken To the hospil my hesrT Weaken more Becaude of The STress

**V. RELIEF**

State briefly what you want the court to do for you.

I'm ask For 4.9 millon dollars For damage Finacial distress

**VI. EXHAUSTION OF ADMINISTRATIVE PROCEDURES**

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

A. Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

Yes ____________ No ___X___

B. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

C. If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

Because They threaten me

**VII. ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE? (check one):**

JURY X JUDGE ______

**VIII. VERIFICATION**

**I (we) declare under penalty of perjury that the foregoing is true and correct.**

Date(s) Executed: 5-2615

Signature(s) of Plaintiff(s): [signature]

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS. Also, if there is more than one plaintiff in the case who wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to proceed in forma pauperis.**

**II. STATEMENT OF CLAIM(S)** (continued)

I have To See A Therapist And a n psychologist For ned Because of All of This my heath has gone To Bad, Yes There are proceed Currently pending with are Childen I'm ask you To hear me please This people Vo[illegible] are Rights The STATE allow This To happen

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A. **When** did the events occur?

March 7 2014

B. **What** happened?

Ryan martin was with Them When She Theatt me. The STAte Allow This To happen DAle we's Them To get are Chidon TAken He lie unde oTh He SAid That I Told him ThaT my Childen chase each with Foke and Knife When we went To Cout he Told The Judge we were Conversate So He LiE

This Right was violated when a CPS worker and police officer take and/or question a child without a warrant or evidence that a crime has taken place

Please Judge

Please hear me on why my Right where violate

Heather Hasenauer

**Heather Hasenbank**
Address Updated 3/13/2015
3224 North 40th Street
Omaha, NE 68111