Case: 8:15cv88

#14

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2015 AUG 17 PM 1:00

OFFICE OF THE CLERK

Heather  Hasenbank
3224 North 40th Street
Omaha, NE 68111

----------------------------------------------------

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ROMAN L. HRUSKA U.S. COURTHOUSE
111 S. 18TH PLAZA, SUITE 1152
OMAHA, NE 68102-1322

OFFICIAL BUSINESS

Hasler
08/12/2015
US POSTAGE    $01.86⁰

FIRST-CLASS MAIL

ZIP 68102
011D11638451

VAC



RECEIVED
AUG 17 2015
CLERK
U.S. DISTRICT COURT
OMAHA