IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEATHER HASENBANK,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, CPS, RYAN MARTIN, AND DALE WEIS,<br><br>        Defendants. | **8:15CV88**<br><br>**ORDER** |

Plaintiff contacted the court on December 14, 2015, and stated she was unable to prosecute this case because she will be hospitalized until her baby is born. The due date is May 16, 2016.

On December 18, 2015, the defendants moved to dismiss the case. (Filing No. 26). Plaintiff did not respond to the motion. The court held a conference call with the parties today to determine the status of Plaintiff's ability to participate in this case. Plaintiff appeared pro se; Defendants appeared through counsel.

Plaintiff states she was released from the hospital on January 31, 2016. She did not update the court concerning her release. Plaintiff was reminded that she must respond to the defendants' motion to dismiss, and at Plaintiff's request, the response date was set for March 3, 2016. Plaintiff was warned that if she fails to the respond to the motion, or to otherwise advance this case, her claims may be dismissed for want of prosecution.

Plaintiff was further advised that the court questions whether a doctor would hospitalize her the remaining three months of her pregnancy. Plaintiff was warned that if she requests further continuances of her case, or otherwise attempts to further delay this

case based on medical complications or claims, the court may require production of medical records as proof of Plaintiff's statements.

Plaintiff further advised the court of her new address. The court's records will be updated accordingly. The court confirmed Plaintiff's email address and phone number are unchanged.

IT IS ORDERED:

1) Plaintiff's response to Defendants' motion to dismiss, (Filing No. 26), shall be filed on or before March 3, 2016. Failure to file a timely response result in dismissal of this case for want of prosecution.

2) The clerk shall both mail and email this order to Plaintiff.

February 16, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge