# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEATHER HASENBANK,<br><br>        Plaintiff,<br><br>vs.<br><br>RYAN MARTIN,<br><br>        Defendant. | **8:15CV88**<br><br>**ORDER** |

After conferring with the plaintiff and counsel for the defendant,

IT IS ORDERED:

1) Discovery may proceed as to the issue of qualified immunity only. Discovery on all other issues is not permitted at this time.

2) As to the issue of qualified immunity, any written discovery shall be served on or before June 15, 2016. Any motions to compel Rule 33 through 36 discovery must be filed by August 1, 2016. **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) As to the issue of qualified immunity, any depositions shall be completed on or before August 22, 2016.

4) Motions for summary judgment on the issue of qualified immunity shall be filed on or before September 21, 2016.

5) If the case is not dismissed by summary judgment on the basis of qualified immunity, within 10 days after the court's summary judgment ruling, Plaintiff and counsel for Defendant shall contact my chambers to further discuss case scheduling deadlines.

April 21, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge