IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| HEATHER HASENBANK, | |
|---|---|
| Plaintiff, | 8:15CV88 |
| vs. | |
| RYAN MARTIN, | ORDER |
| Defendant. | |

A letter sent to the court by the pro se plaintiff asks for leave to add Stacia Nelson as a defendant. This letter was liberally construed as a motion to amend Plaintiff's complaint to add an additional defendant. (Filing No. 35). The letter states Nelson was with Martin when plaintiff's children were removed from Hasenbank's home on March 7, 2014. This conclusory statement does not state a claim for which relief may be granted against Nelson, in either her individual or official capacities.

Accordingly,

1) Plaintiff's motion to amend, (Filing No. 35), is denied.

2) To facilitate the orderly and timely disposition of this case, the deadline for moving to amend pleadings or add parties is June 15, 2016.

Dated this 27th day of April, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge