IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| HEATHER HASENBANK, | |
|---|---|
| Plaintiff, | 8:15CV88 |
| vs. | |
| RYAN MARTIN, | ORDER |
| Defendant. | |

The court has instructed Plaintiff to cease her continuous attempts to communicate with the court ex parte regarding the merits of this case. Plaintiff has not complied with those instructions.

Accordingly,

IT IS ORDERED that as to all issues, even scheduling matters,

1) Both parties must be included in all email and telephonic communications with the court; and

2) Telephonic conferences will not be scheduled absent a filed and pending motion.

Plaintiff is advised that failing to comply with this order may result in dismissal of her case as a sanction for abusing court processes and for failing to comply with the court's orders.

Dated this 17th day of May, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge